**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on January 9, 2013**

*Paul G Hyman Jr*
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 09−30760−PGH**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Fatemah Amjadi
1945 SW 9 St
Boca Raton, FL 33486

SSN: xxx−xx−4293

## FINAL DECREE

The trustee, Robin R Weiner, having filed a final report that the estate has been fully administered, is discharged and the case is closed.